UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FLASH DNL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CARDAS AUDIO, LTD., <br><br> Defendant. | Case No. 2:11-cv-00211 <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Flash DNL, LLC, and Defendant, Cardas Audio, LTD., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Flash DNL, LLC, and Defendant, Cardas Audio, LTD., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AGREEMENT**" and dated August 18, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 12th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE